THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANGELO MENDEZ, Appellant.

Argued October 29, 1942; decided December 10, 1942.

*Rudolph Stand, Harold O. N. Frankel, Herman G. Schwarz, James C. Thomas* and *Isaac Fruchtman* for appellant.

*Frank S. Hogan, District Attorney (Stanley H. Fuld* and *Manuel Lee Robbins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.